CHARLES HAUSELT, Appellant, *v.* DAVID BONNER, impleaded, etc., Respondent.

(Argued October 21, 1889; decided November 1, 1889.)

APPEAL from order of the General Term of the Supreme Court in the first judicial department made June 17, 1889, which affirmed an order of Special Term, denying a motion

to set aside an execution issued upon a judgment in favor of respondent.

*Lewis Sanders* for appellant.

*Preston Stevenson* for respondent.

Agree to affirm; no opinion.
All concur.
Order affirmed.